**United States District Court**

For the Northern District of California

**United States District Court**

For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,                    CR03-00097- MJJ (JCS)

8              Plaintiff,
                                                 **CJA CONTRIBUTION ORDER**
9         v.

10  MICHAEL  HAMPTON,

11             Defendant.
    _____/
12

13         It appearing that the defendant is financially able to contribute to the cost of his representation

14  under the Criminal Justice Act, 18 U.S.C. Section 3006(A),

15         IT IS HEREBY ORDERED THAT:

16   __X__   The defendant is liable for a contribution of $100.00  per month, until the case is concluded or
             until further order of Court, commencing:
17
             ____   That certain date of  and the same day each month thereafter;
18
             __X__   The first day of **July** and the first day of each month thereafter,
19
             ____   Other:
20

21  ____   The defendant is liable for a one-time contribution of $____, due by:___

22         ____   That certain date of_____;

23         ____   Other:

24

25  Dated:  June 26, 2009

26                                               _____
                                                 JOSEPH C. SPERO
27                                               United States Magistrate Judge

28